UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MARILYN G. LAJOIE, MD,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF VETERAN AFFAIRS AND DENIS R. MCDONOUGH ,<br><br>Defendant . | CV-22-082-H-BMM-KLD<br><br>ORDER |

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS ORDERED:

1. The case remains assigned to the Honorable Brian Morris, United States District Judge, for all further proceedings and entry of judgment.

2. Pursuant to 28 U.S.C. §636(b)(1)(B), the case is referred to the Honorable Kathleen L. Desoto, United States Magistrate Judge, who will conduct all necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. §636(b)(1)(A).

3.     The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 5th day of September, 2023.

*Brian Morris* (signature)

Brian Morris, Chief District Judge
United State District Court